**Motion Granted; Dismissed and Memorandum Opinion filed May 15, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00217-CV

### CITY OF NASSAU BAY, Appellant

### V.

### HARRIS COUNTY APPRAISAL DISTRICT AND COMUNIDAD BALBOA, LLC AS THE OWNERS OF BALBOA APARTMENTS, Appellees

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2005-55420**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 12, 2013. On May 8, 2014, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Busby, and Wise.